IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITES STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) No. 13-30023-DRH |
| ERIC BECKLEY, | ) |
| Defendant. | ) |

MOTION FOR EXTENSION

COMES NOW the Defendant, Eric Beckley, and for his Motion for Extension states as follows:

1. The Presentence Report (PSR) has been disclosed to the parties. Objections to the PSR are due by January 29, 2014.

2. The defense has identified certain issues in the PSR for which the Defense needs additional time to research and investigate possible responses to same. Counsel requests an extension of the time for the Defense to file possible objections to the PSR.

3. No prejudice will incur if an extension of the deadline is granted.

WHEREFORE the Defendant requests an extension of the time for which he may file possible objections to the PSR to February 5, 2014.

/s/ Andrew M. Liefer
Andrew M. Liefer 6229715
Attorney at Law
6001 Old Collinsville Rd
Fairview Heights, IL  62208
618-632-3700

ATTORNEY FOR DEFENDANT
ERIC BECKLEY

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

Robert Garrison
Assistant United States Attorney
Nine Executive Drive, Suite 300
Fairview Heights, IL  62208

via electronic filing with the Clerk of the Court using the CM/ECF system the 28th day of January, 2014.


/s/ Andrew M. Liefer
ANDREW M. LIEFER